

ENTERED
02/28/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br><br> EMAS CHIYODA SUBSEA INC., <br><br> Debtor. | § § § § § § § | Chapter 11 <br><br> Case No. 17-31139 |
| In re: <br><br> EMAS-AMC PTE. LTD., <br><br> Debtor. | § § § § § § § | Chapter 11 <br><br> Case No. 17-31141 |
| In re: <br><br> EMAS CHIYODA SUBSEA SERVICES, PTE. LTD., <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31142 |
| In re: <br><br> LEWEK FALCON SHIPPING PTE. LTD., <br><br> Debtor. | § § § § § § § | Chapter 11 <br><br> Case No. 17-31143 |
| In re: <br><br> LEWEK CONSTELLATION PTE. LTD., <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31144 |

| | | |
|---|---|---|
| In re: <br><br> EMAS CHIYODA ROV PTE. LTD., <br><br> Debtor. | § § § § § § | Chapter 11 <br><br> Case No. 17-31145 |
| In re: <br><br> EMAS CHIYODA SUBSEA LIMITED, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31146 |
| In re: <br><br> EMAS CHIYODA SUBSEA MARINE BASE LLC. <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31147 |
| In re: <br><br> EMAS CHIYODA MARINE BASE HOLDING CO., LLC, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31149 |
| In re: <br><br> GALLATIN MARINE MANAGEMENT LLC <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 17-31150 |
| In re: <br><br> EMAS CHIYODA SUBSEA SERVICES LLC, <br><br> Debtor. | § § § § § § | Chapter 11 <br><br> Case No. 17-31151 |

6048706v1

| In re:                                                       | § §         | Chapter 11         |
|--------------------------------------------------------------|-------------|--------------------|
| EMAS CHIYODA SUBSEA SERVICES (UK) LIMITED,                   | § § § §     | Case No. 17-31152  |
| Debtor.                                                      | § §         |                    |
| In re:                                                       | § § §       | Chapter 11         |
| EMAS CHIYODA SUBSEA SERVICES B.V.,                           | § § §       | Case No. 17-31153  |
| Debtor.                                                      | § § §       |                    |
| In re:                                                       | § § §       | Chapter 11         |
| EMAS SAUDI ARABIA LTD.,                                      | § § §       | Case No. 17-31154  |
| Debtor.                                                      | § §         |                    |
| In re:                                                       | § § §       | Chapter 11         |
| EMAS CHIYODA SUBSEA (THAILAND) CO., LTD,                     | § § §       | Case No. 17-31155  |
| Debtor.                                                      | § § §       |                    |

## ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the emergency motion (the "Motion")[1] of the Debtors for entry of an order directing joint administration of the chapter 11 cases and granting related relief; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the First Day Declaration.

6048706v1

appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 17-31146 in accordance with the provisions of Bankruptcy Rule 1015 and Bankruptcy Local Rule 1015.1.

2. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

3. All of the captioned cases are transferred to Judge Isgur.

4. Parties may request joint hearings on matters pending in any of the jointly administered cases.

5. The Debtors shall file their monthly operating reports required by the United States Trustee by consolidating the information required for each debtor in one report without being required to break out information on a Debtor-by-Debtor basis unless otherwise ordered by the Court.

6. The official caption of the jointly administered Chapter 11 Cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **EMAS CHIYODA SUBSEA LIMITED,** *et al.*, | : Case No. 17-31146 |
| | : |
| | : **(Jointly Administered)** |
| **Debtors.**[1] | : |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number and jurisdiction of formation are as follows: EMAS CHIYODA Subsea Limited (UK) (3187); EMAS Chiyoda Subsea Inc. (Delaware) (7884); EMAS CHIYODA Subsea Marine Base LLC (Texas) (5974); Lewek Falcon Shipping Pte. Ltd. (Singapore) (041E); EMAS CHIYODA Marine Base Holding Co., LLC (Texas) (7463); EMAS Chiyoda Subsea Services Pte. Ltd. (Singapore) (333Z); EMAS-AMC Pte. Ltd. (Singapore) (0442); EMAS Saudi Arabia Ltd. (Saudi Arabia) (0669); Lewek Constellation Pte. Ltd. (Singapore) (376E); EMAS CHIYODA ROV Pte. Ltd. (Singapore) (049M); EMAS CHIYODA Subsea Services B.V. (Netherlands) (4073); EMAS CHIYODA Subsea Services (UK) Limited (Scotland) (3187); EMAS CHIYODA Subsea Services LLC (Delaware) (1728); EMAS CHIYODA Subsea (Thailand) Co., Ltd. (Thailand) (1011); Gallatin Marine Management, LLC (Delaware) (8989). The address of the Debtors' U.S. headquarters is 825 Town & Country Ln, Suite 1500, Houston, TX 77024.

As reflected in the above caption, footnote 1 shall set forth a complete listing of the Debtors' names, as well as the last four digits of each Debtor's tax identification number, and the address of the Debtors' U.S. headquarters.

7. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code Section 342(c) and Bankruptcy Rules 1005 and 2002(n).

8. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of EMAS CHIYODA Subsea Limited, Case No. 17-31146.

9. Docket entries shall be made on the docket of each of the Chapter 11 Cases (except for case 17-31146), substantially as follows:

> "An order has been entered in this case consolidating this case with the case of EMAS CHIYODA SUBSEA LIMITED, *et al.*, Case No. 17-31146 for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 17-31146 should be consulted for all matters affecting the above listed case."

10. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

11. The United States Trustee shall conduct a joint informal meeting with the Debtors as well as a joint first meeting of creditors, if any.

12. Proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in which chapter 11 such claim is to be filed.

13. A separate claims register shall be maintained for each Debtor.

14. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases. This Order shall take effect immediately upon entry.

15. The Motion and the proposed Order satisfy the requirements set forth under Bankruptcy Local Rule 1015-1.

16. The requirements set forth in Bankruptcy Local Rule 9013-1(b) and (i) are satisfied by the contents of the Motion.

17. The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

18. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6048706v1

19. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Houston, Texas
       February 28, 2017

_____
UNITED STATES BANKRUPTCY JUDGE